IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RIVERS D DALTON,

    Plaintiff,

v.   　　　　　　　　　　　　　　　　　　　CASE NO. 5:15-cv-00156-MP-GRJ

TIMOTHY G BENTON, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 21, 2015. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. This case is DISMISSED without prejudice for abuse of the judicial process. Although the dismissal is without prejudice the dismissal should operate as a strike pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this _2nd_ day of September, 2015

                                          *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge